MICHAEL R. AYERS, ESQ.
Nevada Bar No. 10851
CHRISTOPHER LUND, ESQ.
Nevada Bar No. 12435
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: mayers@grsm.com
        tlund@grsm.com

*Attorneys for Defendants*
*Universal Protection Service LLC*
*D/B/A Allied Universal Event Services and*
*Universal Protection Service, LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSEY JOHNSON, an individual, | Case No.: 2:25-cv-02413-RFB-MDC |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO ALLOW DEFENDANTS TO FILE AN AMENDED ANSWER TO CORRECT SCRIVENER ERRORS** |
| UNIVERSAL PROTECTION SERVICE, LLC, a foreign limited-liability company d/b/a/ ALLIED UNIVERSAL EVENT SERVICES; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff KELSEY JOHNSON ("Plaintiff"), by and through her counsel of record, Mark Bourassa, Esq. and Bourassa Law Group, and Defendants UNIVERSAL PROTECTIONS SERVICES, LLC, and UNIVERSAL PROTECTION SERVICE LP ("Defendants"), by and through their counsel of record Michael R. Ayers, Esq., and Christopher Lund, Esq., of GORDON REES SCULLY MANSUKHANI, hereby stipulate and agree as follows:

WHEREAS, Defendants filed their Answer on February 27, 2026;

WHEREAS, upon review, Defendants noticed two scrivener errors in their Answer to include an incorrectly named party, and an incorrect paragraph reference;

WHEREAS, the parties agree to allow the Defendants to amend their Answer to correct the two scrivener errors.

-1-

**IT IS STIPULATED AND AGREED THAT**:

1. Defendants will file an Amended Answer correcting the errors.

**IT IS SO STIPULATED.**

Dated this 1st day of May, 2026.

| THE BOURASSA LAW GROUP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| | */s/ Christopher Lund* |
| */s/ Mark J. Bourassa (w/permission)* | _____ |
| | MICHAEL R. AYERS, ESQ. |
| MARK J. BOURASSA, ESQ. | Nevada Bar No. 10851 |
| NBN 7999 | CHRISTOPHER LUND, ESQ. |
| 2350 W. Charleston Blvd., Suite 100 | Nevada Bar No. 12435 |
| Las Vegas, Nevada 89102 | 300 South Fourth Street, Suite 1550 |
| Tel: 702-851-2180 | Las Vegas, Nevada 89101 |
| Fax: 702-851-2189 | |
| Email: mbourassa@blgwins.com | *Attorneys for Defendants* |
| *Attorney for Plaintiff* | *Universal Protection Service LLC* |
| | *D/B/A Allied Universal Event Services and* |
| | *Universal Protection Service, LP* |

## ORDER GRANTING DEFENDANTS TO FILE AN AMENDED ANSWER

Plaintiff and Defendants having entered into this Stipulation to allow the Defendants to correct scrivener errors and file an Amended Answer, and the Court having reviewed the papers and pleadings on file herein and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Defendant shall file an Amended Answer.
**IT IS FURTHER ORDERED** that the Defendants shall file their Amended Answer by May 8, 2026.

_____
United States Magistrate Judge
5-5-26

GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550

**GORDON REES SCULLY MANSUKHANI, LLP**
300 South Fourth Street, Suite 1550

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2026, a true and correct copy of the foregoing JOINT STIPULATION TO ALLOW DEFENDANTS TO FILE AN AMENDED ANSWER TO CORRECT SCRIVENER ERRORS was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record:

MARK J. BOURASSA, ESQ. NBN 7999
THE BOURASSA LAW GROUP
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Tel: 702-851-2180
Fax: 702-851-2189
Email: mbourassa@blgwins.com
Attorney for Plaintiff

*/s Tammy Kassen*
An Employee of GORDON REES
SCULLY MANSUKHANI, LLP

-3-