MARK J. BOURASSA, ESQ. (NBN 7999)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: *mbourassa@blgwins.com*

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KELSEY JOHNSON, an individual,

Plaintiff;

vs.

UNIVERSAL PROTECTION SERVICE, LLC, a foreign limited-liability company d/b/a ALLIED UNIVERSAL EVENT SERVICES; and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:25-cv-02413-RFB-MDC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HERBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: This 6th day of October, 2026.

**THE BOURASSA LAW GROUP**

By: */s/ Mark J. Bourassa*
MARK J. BOURASSA, ESQ. (NBN 7999)
2350 W Charleston Blvd.
Las Vegas, Nevada 89102

*Attorney for Plaintiff*

DATED: This 6th day of October, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Christopher Lund*
MICHAEL R. AYERS, ESQ. (NBN 10851)
CHRISTOPHER LUND, ESQ. (NBN 12435)
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorney for Defendant*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

**DATED**: October 6, 2026

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on all parties to this action by the method(s) indicated below:

X by using the Court's CM/ECF Electronic Notification System which will send notification of such filing to the email addresses registered in CM/ECF system as denoted on the Electronic Mail Notice List.

DATED: This 6th day of October, 2026.

*/s/ Alyssa Rust*
Employee of The Bourassa Law Group